UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| GLORIA BEATRIZ CHANALUISA ALOMOTO, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF HOMELAND SECURITY & ) <br> IMMIGRATION CUSTOMS AND ) <br> ENFORCEMENT, ) <br> U.S. IMMIGRATION AND CUSTOMS ) <br> ENFORCEMENT (ICE), ) <br> CLARK COUNTY SHERIFF, ) <br> CLARK COUNTY JAIL, ) <br> PAMELA BONDI, ) <br> ) <br> Respondents. ) | No. 4:26-cv-00010-SEB-KMB |

## ORDER ON PENDING MOTIONS

Presently pending before the Court are Petitioner's counsel's Motion to Appear *Pro Hac Vice* and Motion for Leave to File. This case was transferred from the Indianapolis Division of this Court under Case No. 1:26-cv-00033-MPB-KMB to the New Albany Division under Case No. 4:26-00010-SEB-KMB. In the Indianapolis Division case number, the Court already granted Petitioner's counsel's Motion to Proceed *Pro Hac Vice*. *See* Case No. 1:26-cv-0003-MPB-KMB, Dkt. 8. Therefore, neither of Petitioner's counsel's Motions currently pending in this case are necessary, as counsel has already been granted *pro hac vice* status.

For these reasons, Petitioner's counsel's Motion to Appear *Pro Hac Vice* and Motion for Leave to File are **DENIED** as unnecessary. [Dkts. 2, 3.] The **CLERK IS DIRECTED** to re-docket the Order Granting Motion to Proceed *Pro Hac Vice* at docket number 8 in Case No. 1:26-cv-00033-MPB in this case.

**SO ORDERED.**

Date: 1/26/2026

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email