IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA, NEW ALBANY DIVISION

| | |
|---|---|
| GLORIA BEATRIZ CHANALUISA ALOMOTO,<br><br>                    Petitioner,<br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>                    Respondents. | Case No. 1:26-cv-33 |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of **Elzara Eminova** counsel for Gloria Beatriz Chanaluisa Alomoto, for leave to appear and participate *pro hac vice* in the above-captioned cause only.  Being fully advised, it is now ORDERED that the motion be, and hereby is, **GRANTED.** [Dkt. 2.]  Applicant's contact information should be entered as follows:

Elzara Eminova
Law Office of Elzara Eminova, LLC
800 E Northwest Hwy., Suite 602
Palatine, IL 60074
Tel: (773) 999-2695
Email: elzara@eminova-law.com

Date: 1/12/2026

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution: All counsel of record
Elzara Eminova
800 E. Northwest Hwy, Ste. 602
Palatine, IL 60074
elzara@eminova-law.com